IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-N-2176 (CBS)

JOHN HAYS,
D.A.D.S. SWIM TEAM,

      Plaintiffs,

vs.

CITY OF NORTHGLENN,
STEVEN ZOET,
DEB LAWSON,

      Defendants.

---

## NOTICE OF CHANGE OF ADDRESS

Defendants, **THE CITY OF NORTHGLENN, STEVEN ZOET** and **DEB LAWSON**, by their attorney, **THOMAS S. RICE** of the law firm **SENTER GOLDFARB & RICE, L.L.C.**, hereby notify all parties of the following change of address:

Effective February 28, 2005, the offices of **SENTER GOLDFARB & RICE, L.L.C.**,

will be located and receiving mail at:    1700 Broadway
                                                            Suite 1700
                                                            Denver, Colorado 80290
                                                            Phone: (303) 320-0509
                                                            Fax: (303) 320-0210

Respectfully submitted,

_____
Thomas S. Rice
**SENTER GOLDFARB & RICE, L.L.C.**
*Attorney for Defendants*
400 S. Colorado Blvd. #700
P.O. Box 22833
Denver, Colorado 80222-0833
Telephone: (303) 320-0509
Facsimile: (303)320-0210
**DC Box 25**

## CERTIFICATE OF MAILING

**I HEREBY CERTIFY** that on this 17th day of February, 2005, I placed a true and exact copy of the above and foregoing **NOTICE OF CHANGE OF ADDRESS** in the U.S. mail, first class postage prepaid, addressed as follows:

Herbert C. Phillips
Hayes, Phillips & Maloney, P.C.
1350 17th Street
Suite 450
Denver, CO 80202

Robert J. Corry, Esq.
Corry & Fellows, LLP
600 17th Street
Suite 2800S
Denver, CO 80202

_____
Stephanie Nelson

2

00159283.DOC