

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
COLORADO

MAR 1 0 2005

C_____ C. LANGHAM
             CLERK

Civil Action No. 01-N-2176 (CBS)

JOHN HAYS,
D.A.D.S. SWIM TEAM,

    Plaintiffs,

vs.

CITY OF NORTHGLENN,
STEVEN ZOET,
DEB LAWSON,

    Defendants.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiffs, **JOHN HAYS** and **D.A.D.S. SWIM TEAM**, by their attorneys, **ROBERT J. CORRY**, and Defendants, **CITY OF NORTHGLENN, STEVEN ZOET**, and **DEB LAWSON**, by their attorneys, **SENTER GOLDFARB & RICE, L.L.C.**, and pursuant to Fed.R.Civ.P. 41, hereby stipulate and agree as follows:

    1.    That Plaintiffs Complaint, and all claims relating to or arising therefrom, be dismissed with prejudice;

    2.    That each of the Parties shall bear responsibility for their own costs and attorneys fees; and

    3.    That the Court may enter an Order of Dismissal with Prejudice without further action from the Parties.

Received Fax :        Mar 10 2005 15:17    Fax Station :   CORRY           P. 2
SENT BY: HP LASERJET 3150;           3032608401;        MAR-10-05  3:23PM;       PAGE 2/2

Respectfully submitted,

**CORRY & FELLOWS**

By: _____
Robert J. Corry, Jr.
*Attorney for Plaintiffs*
600 17th Street, Suite 2880 South Tower
Denver, CO 80202
(303) 634-2244

**SENTER GOLDFARB & RICE, L.L.C.**

By: _____
Thomas S. Rice
*Attorney for Defendants*
1700 Broadway, Suite 1700
Denver, CO 80290
(303) 320-0509
DC Box 25

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this ___ day of March, 2005, I placed a true and exact copy of the above and foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** in the U.S. mail, first class postage prepaid, addressed as follows:

Herbert C. Phillips
Hayes, Phillips & Maloney, P.C.
1350 17th Street
Suite 450
Denver, CO 80202

Robert J. Corry, Esq.
Corry & Fellows, L.L.P.
600 17th Street
Suite 2800S
Denver, CO 80202

2

00174123
MAR-10-2005  16:11           3034561216                94%              P.03

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1 and D.C.COLO.LCrR 49.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and no longer than ten pages, including all attachments, may be filed with the clerk by means of facsimile during a business day. Upon receipt of a facsimile filing, the clerk will make the copies required under D.C.COLO.LCivR 10.1L and D.C.COLO.LCrR 49.3L. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: March 10, 2005

2. Name of attorney or *pro se* party making the transmission: Robert J. Corry, Jr.

   Facsimile number: 303-456-1216    Telephone number: 303-634-2244

3. Case number, caption, and title of pleading or paper: 01-N-2176 (CBS)

John Hays v. City of Northglenn

Stipulation

4. Number of pages being transmitted, including the facsimile cover sheet: 2

Instructions, if any: Please fax back a file-stamped copy. Thank you.

(Rev. 04/16/02)